RECEIVED Mail Room
MAY 31 2011
United States Court of Appeals
District of Columbia Circuit

Aaron Perkins 34972-007  
Lee Petersburg  
PO Box 1000  
Petersburg Va 23804

06-3071

Case No. 06-3070
(No. 04cr00355-05)

To the Honorable Clerk of the Court,

I am writing to get some clairification on what direction i am supposed to take. My direct appeal has been denied and my appealant attorney has deserted me with no direction. I've spoken with a friend of mine who knows a little about the the law. He informed me of somthing called an re hearing en-banc and writ of Certiorari. If possible I'll like to do both. I don't know if i have any time limits, but if i do could you please issue a stay in my case to get my case in some order. I've been going through it just trying to obtain a copy of my trial transcripts. At least with these i can try to help myself. Is it anything the courts could do to him send me a copy of my transcript. I beg for the courts mercy and assitance in this matter.

Sincerely Submitted  
Aaron B Perkins

PS Can I do a re hearing en-Banc and can I have more time.